No. 89–7389. BROWN v. SHERMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–7404. POTTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–7407. BRYANT v. TATE, SUPERINTENDENT, CHILLI-COTHE CORRECTIONAL INSTITUTE. C. A. 6th Cir. Certiorari denied.

No. 89–7415. SUN v. KESSLER ET AL. Ct. App. Ga. Certiorari denied.

No. 89–7422. BELL v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 89–7428. DEMOS v. COURT OF APPEALS OF WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 89–7429. DEMOS v. SUPREME COURT OF WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 89–7431. BENSON v. BARRASSO ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–7435. DAVIS ET AL. v. COUNTY OF JEFFERSON, ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–7471. POORMAN v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 89–7497. DEMOS v. BONAMY, SUPERINTENDENT, SPECIAL OFFENDER CENTER. Sup. Ct. Wash. Certiorari denied.

No. 89–7499. DEMOS v. BONAMY, SUPERINTENDENT, SPECIAL OFFENDER CENTER. Sup. Ct. Wash. Certiorari denied.

No. 89–7501. DOUGHERTY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–7506. HARRIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–7508. MCMILLAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7514. HUYNH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.